Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
Daniel L.M. Pulgram (No. 354569)
**Schubert Jonckheer & Kolbe LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: 415-788-4220
Fax: 415-788-0161
rschubert@sjk.law
aschubert@sjk.law
dpulgram@sjk.law

*Counsel for Plaintiff*

[additional parties on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HERNANDEZ Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br>v.<br><br>RADIO SYSTEMS CORPORATION,<br><br>Defendant. | Case No. 5:22-cv-01861-JGB<br><br>**Joint Stipulation and [Proposed] Order Continuing Hearing on Motion for Summary Judgment**<br><br>**L.R. 7-11, 7-11** |

1  Pursuant to Local Civil Rules 7-1 and 7-11, plaintiff Steven Hernandez
2 ("Hernandez") and defendant Radio Systems Corporation ("RSC"), by and through
3 their respective counsel of record, hereby stipulate as follows:
4  WHEREAS, on October 15, 2024, RSC filed its Motion for Summary Judgment
5 (ECF 78), which it set for hearing on November 18, 2024;
6  WHEREAS, the parties also intend to file motions to exclude expert testimony
7 under *Daubert*;
8  WHEREAS, the parties conferred on a hearing date and reasonable briefing
9 schedule for the Motion for Summary Judgment and *Daubert* motions;
10  WHEREAS, the parties agree that any *Daubert* motions should be filed on or
11 before October 31, 2024;
12  WHEREAS, the parties agree that plaintiff's opposition to RSC's motion for
13 summary judgment (as well as the parties' responses to any *Daubert* motions) should be
14 due on or before November 12, 2024, and any replies should be due on or before
15 November 25, 2024;
16  WHEREAS, the parties agree that the hearing on RSC's Motion for Summary
17 Judgment should be continued to December 9, 2024 at 9:00 a.m., and any *Daubert*
18 motions should be heard at the same time;
19  WHEREAS, good cause supports the continuance of the hearing on the motion
20 for summary judgment because (1) the parties need additional time to brief summary
21 judgment and *Daubert* motions in an orderly fashion; (2) the parties' proposal would
22 create a reasonable briefing schedule and would streamline the litigation by allowing the
23 motions to be heard together; (3) this is the parties' first request for a continuance of
24 the hearing on the motion for summary judgment; and (3) no party would be prejudiced
25 by the continuance because they have jointly agreed.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, subject to Court approval, that the hearing and briefing schedule on RSC's motion for summary judgment be continued as follows:

- **Deadline for Filing *Daubert* motions:** October 31, 2024
- **Opposition to Motion for Summary Judgment and *Daubert* motions:** November 12, 2024
- **Reply in Support of Motion for Summary Judgment and *Daubert* motions:** November 25, 2024
- **Hearing on Motion for Summary Judgment and *Daubert* motions:** December 9, 2024, 9:00 a.m.

The parties respectfully request that the Court enter the proposed order approving this Stipulation.

**IT IS SO STIPULATED.**

Dated: October 23, 2024          */s/ Amber L. Schubert*

Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
Daniel L.M. Pulgram (No. 354569)
**Schubert Jonckheer & Kolbe LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: 415-788-4220
Fax: 415-788-0161
rschubert@sjk.law
aschubert@sjk.law
dpulgram@sjk.law

*Counsel for Plaintiff*

*/s/ Samuel L. Felker*

Samuel L. Felker
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
100 S.E. Third Avenue, Ste 1620
Fort Lauderdale, Florida 33394
Tel: (954) 768-1600
samfelker@bakerdonelson.com

Elizabeth Mcnulty
Christine D. Reynolds
**Evans Fears & Schuttert LLLP**
4440 Von Karman Avenue, Ste 250
Newport Beach, California 92660
Tel: (949) 339-5026
emcnulty@efstriallaw.com
creynolds@efstriallaw.com

*Counsel for Radio Systems Corporation*

## ATTESTATION OF FILER

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Amber L. Schubert, hereby attest that each of the other signatories concur in this filing's content and have authorized its filing.

*/s/ Amber L. Schubert*