IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HERNANDEZ Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br>v.<br><br>RADIO SYSTEMS CORPORATION,<br><br>Defendant. | Case No. 5:22-cv-01861-JGB-KK<br><br>**[Proposed] Order Continuing Hearing on Motion for Summary Judgment** |

Having reviewed the parties' stipulation and request to continue the hearing on RSC's motion for summary judgment, and good cause appearing, the Court hereby CONTINUES the hearing and briefing schedule as follows:

- **Deadline for Filing *Daubert* motions:** October 31, 2024
- **Opposition to Motion for Summary Judgment and *Daubert* motions:** November 12, 2024
- **Reply in Support of Motion for Summary Judgment and *Daubert* motions:** November 25, 2024
- **Hearing on Motion for Summary Judgment and *Daubert* motions:** December 9, 2024, 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
Jesus G. Bernal
United States District Judge

[Proposed] Order Continuing Case Schedule                                    1