IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HERNANDEZ Individually and on Behalf of All Others Similarly Situated;<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>RADIO SYSTEMS CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 5:22-cv-01861-JGB-KK<br><br>**AMENDED Order Continuing Hearing on Motions for Summary Judgment, Class Certification, and Daubert**<br><br>==NOTE CHANGES MADE BY THE COURT== |

Having reviewed the parties' stipulation, and good cause appearing, the Court hereby **CONTINUES** the hearing and briefing schedule for the summary judgment, Daubert, and class certification motions as follows:

- **Deadline for Filing Daubert motions:** November 25, 2024

- **Opposition to Motion for Summary Judgment and Daubert Motions:** December 16, 2024

- **Reply in Support of Motion for Summary Judgment and Daubert Motions:** December 23, 2024

- **Hearing on Motion for Class Certification (Dkt. No. 58), Motion for Summary Judgment (Dkt. No. 78), and Daubert Motions:** January 6, 2025, 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 29, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jesus G. Bernal
　　　　　　　　　　　　　　　　　United States District Judge

Order Continuing Case Schedule　　　　1