Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
Daniel L.M. Pulgram (No. 354569)
**Schubert Jonckheer & Kolbe LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: 415-788-4220
Fax: 415-788-0161
rschubert@sjk.law
aschubert@sjk.law
dpulgram@sjk.law

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HERNANDEZ Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br>v.<br><br>RADIO SYSTEMS CORPORATION,<br><br>Defendant. | Case No. 5:22-cv-01861-JGB-DTB<br><br>**Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class Action Settlement and Providing for Notice**<br><br>Date:       June 16, 2025<br>Time:       9:00 a.m.<br>Judge:      Hon. Jesus G. Bernal<br>Courtroom: 1 |

## NOTICE OF MOTION

**To All Parties and Their Counsel of Record:**

Please take notice that on June 16, 2025 at 9:00 a.m., before the Honorable Jesus G. Bernal, plaintiff Steven Hernandez will move this Court for an order preliminarily approving the class action settlement reached in this case between plaintiff and defendant Radio Systems Corporation. The hearing on plaintiff's motion will convene at: George E. Brown, Jr. Federal Building and United States Courthouse, Courtroom 1, 3470 Twelfth Street, Riverside, CA 92501-3801.

Plaintiff's Notice of Motion and Motion in Support of Preliminary Approval of Class Action Settlement and Providing for Notice

1

# MOTION

Plaintiff Steven Hernandez will and hereby does move this Court for an order preliminarily approving the class action settlement in this case between plaintiff and defendant Radio Systems Corporation, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e), and for entry of the proposed Preliminary Approval Order. In connection therewith, plaintiff requests that the Court set the following schedule:

| Event | [Proposed] Deadline |
|---|---|
| Notice Date | 45 days after Preliminary Approval Order |
| Close of Claim Period | 60 days after Notice Date |
| Objection and Exclusion Deadline | 60 days after Notice Date |
| Plaintiff's Motion for Final Approval of the Settlement | 35 days before Objection and Exclusion Deadline |
| Plaintiff's Motion for Attorney's Fees, Expenses, and Service Award | 35 days before Objection and Exclusion Deadline |
| Parties' Responses to Objections | 14 days after Objection and Exclusion Deadline |
| Final Approval Hearing | At least 133 days after Preliminary Approval Order |

The Motion is based on the Notice of Motion and Motion, the accompanying memorandum of points and authorities, the Declaration of Amber L. Schubert, filed herewith, the record in this action, the argument of counsel, and any other matters the Court may consider. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 20, 2025.

Dated: May 19, 2025         /s/ *Amber L. Schubert*
                            Amber L. Schubert (No. 278696)
                            Robert C. Schubert (No. 62684)
                            Daniel L.M. Pulgram (No. 354569)
                            **Schubert Jonckheer & Kolbe LLP**
                            2001 Union Street, Suite 200

Plaintiff's Notice of Motion and Motion in Support of Preliminary Approval of Class Action Settlement and Providing for Notice

2

San Francisco, CA 94123
Tel: 415-788-4220
Fax: 415-788-0161
aschubert@sjk.law
rschubert@sjk.law
dpulgram@sjk.law

*Counsel for Plaintiff*

---

Plaintiff's Notice of Motion and Motion in Support of Preliminary Approval of Class Action Settlement and Providing for Notice

3