# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Steven Hernandez,

                   Plaintiff,

       vs.

Radio Systems Corporation,

                Defendant.

Case No. 5:22-cv-1861-JGB-DTB

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered February 13, 2026, and after considering the papers filed in support of the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Final approval of the Settlement Agreement is **GRANTED**;
2. The Court **AWARDS** Class Counsel attorneys' fees in the amount of $475,000;
3. The Court **AWARDS** Class Counsel costs in the amount of $376,792.28;
4. The Court **AWARDS** $10,000 to Plaintiff;
5. The Complaint is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: February 26, 2026

                              Honorable Jesus G. Bernal
                              United States District Judge